1  GAVIN G. MCCARTHY
   PIERCE ATWOOD LLP
   One Monument Square
2  Portland, Maine 04101
   T 207.791.1100
3  F 207.791.1350
   **Appearing *Pro Hac Vice***
4

5  SEAN NALTY (SBN121253 )
   KELLY, HERLIHY & KLEIN LLP
6  44 Montgomery Street, Suite 2500
   San Francisco, California 94104-4217
7  Telephone: (415) 951-0535
   Facsimile: (415) 391-7808
8

   Attorneys for Defendants
9  UNUMPROVIDENT CORPORATION and
   THE PAUL REVERE LIFE INSURANCE COMPANY
10

11
                **UNITED STATES DISTRICT COURT FOR THE**
12
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14

15  JOAN HANGARTER, INDIVIDUALLY          ) Case No. **C 05–04558  WHA**
                                          )
16  AND ON BEHALF OF ALL OTHERS           ) ***PRO HAC VICE*  APPLICATION**
    SIMILARLY SITUATED,                   ) **(LOCAL RULE 11-3); ~~[PROPOSED]~~ ORDER**
17                                        ) **THEREON**
                    Plaintiff,            )
18                                        )
            vs.                           )
19                                        )
    THE PAUL REVERE LIFE INSURANCE        )
20  COMPANY, UNUMPROVIDENT                )
    CORPORATION, and THE                  )
21  COMMISSIONER OF THE CALIFORNIA        )
    DEPARTMENT OF INSURANCE,              )
22                                        )

23                    Defendants.

24  _____

25

26

27  {W0423280.1}

1              **APPLICATION TO APPEAR *PRO HAC VICE***

2       Pursuant to Northern District Local Rule ("LR") 11-3, attorney Gavin G. McCarthy of Pierce

3 Atwood LLP hereby submits this written application to appear *pro hac vice* in this action.  In

4 accordance with LR 11-3(a), Mr. McCarthy certifies on oath to the following :

5          (1)     Mr. McCarthy is an active member in good standing of the bar of a United

6 States Court as well as the highest Court of another State.  Mr. McCarthy's bar admissions include

7 the following: United States Courts of Appeals, First Circuit; United States District Courts, District

8 of Maine and District of Massachusetts; Supreme Court of Maine; Supreme Court of Massachusetts.

9          (2)     Mr. McCarthy has reviewed and agrees to abide by the Standards of

10 Professional Conduct set forth in Civil Local Rule 11-4 and to become familiar with the Local Rules

11 and Alternative Dispute Resolution Programs of this Court.

12          (3)     Sean Nalty, Esq., a partner at the law firm of Kelly, Herlihy & Klein LLP, is a

13 member of the bar of this Court in good standing and maintains an office within the State of

14 California.  Mr. Nalty and Kelly, Herlihy & Klein LLP are designated as co-counsel in this action

15 with Pierce Atwood LLP.

16       Pursuant to LR 11-3(c), attached to this application is a check in the amount of $60.00 made

17 payable to the Clerk of this Court to accompany Mr. McCarthy's request to be admitted to practice in

18 this Court under LR 11-3.

19

20

21

22

23

24

25

26

27  {W0423280.1}

                       -1-

1

Date: December 1, 2005

**I certify under oath that the foregoing
information is true and correct.**

2

3

4

Gavin G. McCarthy
PIERCE ATWOOD

5

One Monument Square
Portland, ME 04101

6

207.791.1170 (t)
207.791.1350 (f)

7

8

and

9

KELLY, HERLIHY, & KLEIN LLP

10

11

Dated: December 2, 2005

*Sean P. Walter*                                    By

12

Sean Nalty

13

Attorneys for Defendants

14

UNUMPROVIDENT CORPORATION and THE
PAUL REVERE LIFE INSURANCE
COMPANY

15

16

**ORDER**

17

IT IS SO ORDERED THAT THE APPLICATION OF RICHARD J. PAUTLER TO APPEAR IN

18

THIS COURT *PRO HAC VICE* IS APPROVED.

19

20

Date:  December 7, 2005

21

Judge of the United States District Court
Northern District of California

22

23

E:\23016\P02

24

25

26

27

{W0423280.1}

-2-

PRO HAC VICE APPLICATION                                CASE NO.  **C 05-04558 WHA**