1  WILLIAM J. KAYATTA, JR.
   PIERCE ATWOOD LLP
2  One Monument Square
   Portland, Maine 04101
3  T 207.791.1100
   F 207.791.1350
4  **Appearing *Pro Hac Vice***

5  SEAN NALTY (SBN 121253)
   KELLY, HERLIHY & KLEIN LLP
6  44 Montgomery Street, Suite 2500
   San Francisco, California 94104-4217
7  Telephone: (415) 951-0535
   Facsimile: (415) 391-7808
8

9  Attorneys for Defendants
   UNUMPROVIDENT CORPORATION and
10 THE PAUL REVERE LIFE INSURANCE COMPANY

11

12                  UNITED STATES DISTRICT COURT FOR THE

13                       NORTHERN DISTRICT OF CALIFORNIA

14

15 JOAN HANGARTER, INDIVIDUALLY        ) Case No. C 05-04558 WHA
   AND ON BEHALF OF ALL OTHERS         )
16 SIMILARLY SITUATED,                 ) ***PRO HAC VICE*** **APPLICATION**
                                       ) **(LOCAL RULE 11-3); [PROPOSED] ORDER**
17            Plaintiff,               ) **THEREON**
                                       )
18      vs.                            )
                                       )
19 THE PAUL REVERE LIFE INSURANCE      )
   COMPANY, UNUMPROVIDENT              )
20 CORPORATION, and THE                )
   COMMISSIONER OF THE CALIFORNIA      )
21 DEPARTMENT OF INSURANCE,            )
                                       )
22                                     )
23            Defendants.
   _____
24

25

26

27 {W0423294.1}

## APPLICATION TO APPEAR *PRO HAC VICE*

Pursuant to Northern District Local Rule ("LR") 11-3, attorney William J. Kayatta, Jr., of Pierce Atwood LLP hereby submits this written application to appear *pro hac vice* in this action. In accordance with LR 11-3(a), Mr. Kayatta certifies on oath to the following :

(1) Mr. Kayatta is an active member in good standing of the bar of a United States Court as well as the highest Court of another State. Mr. Kayatta's bar admissions include the following: United States Supreme Court; United States Courts of Appeals, First Circuit; United States Court of Appeals, Ninth Circuit; United States District Court, District of Maine; Supreme Court of Maine.

(2) Mr. Kayatta has reviewed and agrees to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4 and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

(3) Sean Nalty, Esq., a partner at the law firm of Kelly, Herlihy & Klein LLP, is a member of the bar of this Court in good standing and maintains an office within the State of California. Mr. Nalty and Kelly, Herlihy & Klein LLP are designated as co-counsel in this action with Pierce Atwood LLP.

Pursuant to LR 11-3(c), attached to this application is a check in the amount of $60.00 made payable to the Clerk of this Court to accompany Mr. Kayatta's request to be admitted to practice in this Court under LR 11-3.

{W0423294.1}

-1-

PRO HAC VICE APPLICATION                                    CASE NO. C 05-04558 WHA

| | |
|---|---|
| Date: December 1, 2005 | **I certify under oath that the foregoing information is true and correct.** |
| | *[signature]* |
| | William J. Kayatta, Jr. |
| | PIERCE ATWOOD |
| | One Monument Square |
| | Portland, ME 04101 |
| | 207.791.1170 (t) |
| | 207.791.1350 (f) |
| | |
| | and |
| | |
| | KELLY, HERLIHY, & KLEIN LLP |
| Dated: December 2, 2005 | *[signature]* By |
| | Sean Nalty |
| | Attorneys for Defendants |
| | UNUMPROVIDENT CORPORATION and THE PAUL REVERE LIFE INSURANCE COMPANY |

### ORDER

IT IS SO ORDERED THAT THE APPLICATION OF ~~RICHARD J. PAUTLER~~ William J. Kayatta, Jr. TO APPEAR IN THIS COURT *PRO HAC VICE* IS APPROVED.

Date: December 7, 2005

*[signature — Judge William Alsup]*

Judge, United States District Court
Northern District of California

E:\23016\P02

{W0423294.1}

-2-