1  GAVIN G. MCCARTHY
   PIERCE ATWOOD LLP
   One Monument Square
2  Portland, Maine 04101
   T 207.791.1100
3  F 207.791.1350
   **Appearing** *Pro Hac Vice*
4

5  SEAN NALTY (SBN _____)
   KELLY, HERLIHY & KLEIN LLP
6  44 Montgomery Street, Suite 2500
   San Francisco, California 94104-4217
7  Telephone: (415) 951-0535
   Facsimile: (415) 391-7808
8

   Attorneys for Defendants
9  UNUMPROVIDENT CORPORATION and
   THE PAUL REVERE LIFE INSURANCE COMPANY
10

11
                   UNITED STATES DISTRICT COURT FOR THE
12
                      NORTHERN DISTRICT OF CALIFORNIA
13

14

15  JOAN HANGARTER, INDIVIDUALLY            ) Case No.  C 05-04558 WHA
    AND ON BEHALF OF ALL OTHERS             )
16  SIMILARLY SITUATED,                     ) *PRO HAC VICE* APPLICATION
                                            ) (LOCAL RULE 11-3); [PROPOSED] ORDER
17                  Plaintiff,              ) THEREON
                                            )
18        vs.                               )
                                            )
19  THE PAUL REVERE LIFE INSURANCE          )
    COMPANY, UNUMPROVIDENT                  )
20  CORPORATION, and THE                    )
    COMMISSIONER OF THE CALIFORNIA          )
21  DEPARTMENT OF INSURANCE,                )
                                            )
22                                          )
23                  Defendants.
    _____
24

25

26

27  {W0423280.1}

    PRO HAC VICE APPLICATION                           CASE NO.  C 05-04558 WHA

1  **APPLICATION TO APPEAR *PRO HAC VICE***

2  Pursuant to Northern District Local Rule ("LR") 11-3, attorney Gavin G. McCarthy of Pierce
3  Atwood LLP hereby submits this written application to appear *pro hac vice* in this action. In
4  accordance with LR 11-3(a), Mr. McCarthy certifies on oath to the following :

5  (1) Mr. McCarthy is an active member in good standing of the bar of a United
6  States Court as well as the highest Court of another State. Mr. McCarthy's bar admissions include
7  the following: United States Courts of Appeals, First Circuit; United States District Courts, District
8  of Maine and District of Massachusetts; Supreme Court of Maine; Supreme Court of Massachusetts.

9  (2) Mr. McCarthy has reviewed and agrees to abide by the Standards of
10 Professional Conduct set forth in Civil Local Rule 11-4 and to become familiar with the Local Rules
11 and Alternative Dispute Resolution Programs of this Court.

12 (3) Sean Nalty, Esq., a partner at the law firm of Kelly, Herlihy & Klein LLP, is a
13 member of the bar of this Court in good standing and maintains an office within the State of
14 California. Mr. Nalty and Kelly, Herlihy & Klein LLP are designated as co-counsel in this action
15 with Pierce Atwood LLP.

16 Pursuant to LR 11-3(c), attached to this application is a check in the amount of $60.00 made
17 payable to the Clerk of this Court to accompany Mr. McCarthy's request to be admitted to practice in
18 this Court under LR 11-3.

19
20
21
22
23
24
25
26
27 {W0423280.1}

-1-

PRO HAC VICE APPLICATION                                              CASE NO. **C 05-04558 WHA**

1
2   Date: December 1, 2005

I certify under oath that the foregoing information is true and correct.

_____
Gavin G. McCarthy
PIERCE ATWOOD
One Monument Square
Portland, ME 04101
207.791.1170 (t)
207.791.1350 (f)

and

KELLY, HERLIHY, & KLEIN LLP

Dated: December 2, 2005

_____   By
Sean Nalty

Attorneys for Defendants

UNUMPROVIDENT CORPORATION and THE PAUL REVERE LIFE INSURANCE COMPANY

## ORDER

Gavin G. McCarthy

IT IS SO ORDERED THAT THE APPLICATION OF ~~RICHARD J. PAUTLER~~ TO APPEAR IN THIS COURT *PRO HAC VICE* IS APPROVED.

Date: December 7, 2005

This order supercedes and replaces item 19 on the docket. No pro hac vice for Richard J. Pautler is approved.

Judge of the United States District Court
Northern District of California
Judge William Alsup

E:\23016\P02

{W0423280.1}

-2-

PRO HAC VICE APPLICATION                    CASE NO.  C 05-04558 WHA