IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN HANGARTER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAUL REVERE LIFE INSURANCE CO, UNUMPROVIDENT CORP., JOHN GARAMENDI, California Insurance Commissioner, and DOES 1–50,<br><br>Defendants.<br>_____/ | No. C 05-04558 WHA<br><br>**ORDER REQUESTING ADDITIONAL BRIEFING** |

Counsel for plaintiff and defendants are requested to submit, by noon, Friday, December 16, 2005, information on whether the District Judge in the Eastern District of Tennessee hearing *In re UnumProvident Corp. Securities, Derivative & ERISA Litigation* has decided remand motions similar, in terms of the applicable law and/or facts, to the one made in this case.

**IT IS SO ORDERED.**

Dated: December 13, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE