IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN HANGARTER, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>PAUL REVERE LIFE INSURANCE CO, UNUMPROVIDENT CORP., JOHN GARAMENDI, California Insurance Commissioner, and DOES 1–50,<br><br>    Defendants. | No. C 05-04558 WHA<br><br>**ORDER RE: CONDITIONAL TRANSFER** |

Given the December 27, 2005, deadline for parties to object to transfer of the above-captioned case to the Eastern District of Tennessee for pretrial proceedings, parties are requested to notify jointly this Court by noon, December 28, 2005, as to whether there has been any such objection.

**IT IS SO ORDERED.**

Dated: December 19, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE