

A CERTIFIED TRUE COPY
JAN 30 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

FEB -6 2006

RICHARD W. WIEKING
CLERK, U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 30 2006

FILED
CLERK'S OFFICE

### DOCKET NO. 1552

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE UNUMPROVIDENT CORP. SECURITIES, DERIVATIVE & "ERISA" LITIGATION

*Joan Hangarter v. The Paul Revere Life Insurance Co., et al.,* N.D. California, C.A. No. 3:05-4558 WHA

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Hangarter*) on December 12, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Hangarter* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Hangarter* was remanded to California state court by the Honorable William H. Alsup in an order filed on January 26, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-6" filed on December 12, 2005, is VACATED.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel